# UNITED STATES DISTRICT COURT

District of   Massachusetts

Republic Restaurant, Inc.

V.

Hydan Washington Street, Inc.,
d/b/a Pho Republique and
Jack H. Bardy

**SUMMONS IN A CIVIL ACTION**

FILED
IN CLERK'S OFFICE
2004 JAN 22 P 2:02
DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

## 03-12649 MLW

TO: (Name and address of Defendant)

Hydan Industries, Inc.
~~53 Warren Avenue~~ 468 Mass Ave
Boston, MA  02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Matthew E. Mitchell, Keegan, Werlin & Pabian, LLP, 265 Franklin Street, Boston, MA  02110.

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-12-04

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: January 16, 2004 |
| **NAME OF SERVER**: BURTON M. MALKOFSKY | **TITLE**: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Mr. "John Doe", Cook and** Duly Authorized Agent for the within-named **Hydan Industries, Inc.**

Said service was made at:
**1415 Washington Street, Boston**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 72.00 | $ 72.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **January 16, 2004**

Signature of Server: *Burton M. Malkofsky*

Address of Server: One Devonshire Place, Boston, Massachusetts

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE **3** ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date Time Remarks | FEE |
|---|---|
| 1/14/04 at 2:45p.m. at 53 Warren Ave., Boston, Ma. - No service...Said address is a 4-unit residential bldg. being remodeled & within-named was not listed. Verizon has no listing for within-named in Boston, Ma. Secretary of State lists within-named at 468 Mass.Ave., Boston, Ma. & Jack Bardy, 53 Warren Ave., Boston, Ma. is Pres., Treas. & Clk....... | $ .00 $ 24.00 |
| Your Office instructed Process Server to attempt service at 468 Mass. Ave., Boston, Ma... | $ .00 |
| 1/15/04 at 12:45p.m. at 468 Mass. Ave., Boston, Ma. - No service....Said address is a 3-unit residential bldg. and within-named was not listed............................................................ | $ 24.00 |
| Your Office instructed Process Server to attempt service at 1415 Washington St., Boston, Ma... | |
| 1/16/04 at 2:30p.m. at 1415 Washington St., Boston, Ma.- Said address is the site of Pho Republique where Service was made on a Cook who was in charge at time of said service and he refused to give out his name...He is a white male in his mid 30's with blond hair, about 5'10", about 150 lbs..Your Office was notified of same........................ | $ .00 $ 24.00 |
| **DUE & DILIGENT SEARCH**: $ _____.00  No service was made  **TOTAL** | $ 72.00 |
| because when constable arrived at said address he discovered said address to be | |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         One Devonshire Place         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  Boston, MA  02109            Fax #         (617) 720-5737