AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Republic Restaurant, Inc.

V.

Hydan Washington Street, Inc.,
d/b/a Pho Republique and
Jack H. Bardy

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**03-12649 MLW**

TO: (Name and address of Defendant)
Jack H. Bardy
17 Worcester Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Matthew E. Mitchell, Keegan, Werlin & Pabian, LLP, 265 Franklin Street, Boston, MA 02110.

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                          January 13, 2004
CLERK                                 DATE

(By) DEPUTY CLERK  M. Abaid

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>January 14, 2004 |
| NAME OF SERVER<br>BURTON M. MALKOFSKY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left~~:
_____

Said service was made at: _____ 17 Worcester Street, #7, Boston _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 24.00 | $ 24.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ January 14, 2004 _____        *(signed)* Burton M. Malkofsky
              Date                                 Signature of Server

                                              One Devonshire Place, Boston, Massachusetts
                                                          Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**: $ _____.00     No service was made     TOTAL  $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #        (617) 720-5737 |