UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
REPUBLIC RESTAURANT, INC.           :  Case No. 03-CV-12649-MLW
                                    :
          Plaintiff,                :
                                    :
vs.                                 :
                                    :
HYDAN WASHINGTON STREET, INC., d/b/a :
PHO REPUBLIQUE and JACK H. BARDY    :
                                    :
          Defendants.               :
                                    :
------------------------------------x

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of the undersigned as counsel for the Plaintiff Republic Restaurant, Inc. in the above-captioned matter.

REPUBLIC RESTAURANT, INC.

By its attorney,

*/s/ Matthew E. Mitchell*

Matthew E. Mitchell
BBO#553071
Keegan, Werlin & Pabian, LLP
265 Franklin Street, 6th Fl.
Boston, MA 02110
(617) 951-1400

Dated: June 2, 2004