UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
REPUBLIC RESTAURANT, INC.                :    Case No. 03-CV-12649-MLW

        Plaintiff,

vs.                                      :

HYDAN WASHINGTON STREET, INC., d/b/a     :
PHO REPUBLIQUE and JACK H. BARDY
                                         :
        Defendants.
                                         :
------------------------------- x


## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiff Republic Restaurant, Inc. in the above-captioned matter.

        REPUBLIC RESTAURANT, INC.

        By its attorney,

        _____
        Francis M. Lynch
        BBO#308750
        Keegan, Werlin & Pabian, LLP
        265 Franklin Street, 6th Fl.
        Boston, MA 02110
        (617) 951-1400

Dated: June 2, 2004