# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

### 03 CV 12649 MLW

2004 JUN -2 ⊃ 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

REPUBLIC RESTAURANT, INC.,            )
                                      )
                          Plaintiff,  )
                                      )
        -against-                     )
                                      )
HYDAN WASHINGTON STREET, INC., d/b/a  )
PHO REPUBLIQUE and JACK H. BARDY,     )
                                      )
                          Defendants. )

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Plaintiff Republic Restaurant, Inc., pursuant to Local Rule 16.1(d)(3), hereby certifies and affirms that the undersigned have conferred (a) with a view to establishing a budget for the cost of conducting the full course of the litigation; (b) to consider the resolution of the litigation through the use of alternative dispute resolution; and (c) with respect to the settlement proposals exchanged by plaintiff's counsel and defendants' counsel on March 10, 2004. Plaintiff Republic Restaurant, Inc. has given instructions and authority to Frank Lynch and Jeffrey Tamarin with respect to each of these subjects.

_____          _____
Michael B. Callahan                        Francis M. Lynch, BBO #308750
Secretary Treasurer                        Attorneys for Plaintiff,
Republic Restaurant, Inc.                    Republic Restaurant, Inc.
37 Union Square West                       Keegan, Werlin & Pabian, LLP
New York, NY 10003                         265 Franklin Street
                                           Boston, MA 02110
                                           (617) 951-1400

                                           Of Counsel:
                                           _____
                                           Jeffrey M. Tamarin (not admitted pro hac vice)
                                           Reed Smith LLP
                                           599 Lexington Avenue
                                           New York, NY 10022
                                           (212) 521-5400