UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC RESTAURANT, INC. <br>             Plaintiff <br><br>        V. <br><br> HYDAN WASHINGTON STREET, INC. et al <br>             Defendants | CIVIL ACTION <br> NO. 03-12649-MLW |

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

   PLEASE TAKE NOTICE that the 16b SCHEDULING CONFERENCE scheduled for **JUNE 9, 2004 at 3:30 p.m.** has been CANCELLED.  It has been RESCHEDULED for **JUNE 24, 2004 at 4:00 p.m.** before Judge WOLF in Courtroom # 10 on the 5th.

                                           TONY ANASTAS, CLERK

June 8, 2004                     By: /s/ Dennis O'Leary
Date                                  Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                       [ntchrgcnf.]