UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -2 P 4: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

REPUBLIC RESTAURANT INC., )
)
Plaintiff, )
)
v. )   CIVIL ACTION
)   NO. 03-12649-MLW
HYDAN WASHINGTON STREET, )
INC., d/b/a PHO REPUBLIQE and )
JACK BARDY )
Defendant. )
)

### LOCAL RULE 16.1(D)(3) CERTIFICATION
### OF DEFENDANT HYDAN WASHINGTON STREET, INC.

We, the undersigned, hereby certify that we have conferred in this matter:

(a)   with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____                _____
Jack Bardy, President                           Merton E. Thompson (BBO# 637056)
HYDAN WASHINGTON STREET, INC.                   BURNS & LEVINSON LLP
209 Burlington Road                             125 Summer Street
Bedford, MA 01730                               Boston, MA 02110

                                                Counsel to Defendants.

Dated: June 2, 2004

00843789.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03 CV 12649 MLW

FILED
IN CLERKS OFFICE

2004 JUN -2  P 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

REPUBLIC RESTAURANT, INC., )
)
Plaintiff, )
)
-against- )
)
)
HYDAN WASHINGTON STREET, INC., d/b/a )
PHO REPUBLIQUE and JACK H. BARDY, )
)
Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the following documents have been served upon Merton Thompson, Esquire, Burns & Levinson, LLP, 125 Summer Street, Boston, MA 02110 and Jeffrey M. Tamarin, Esquire, Reed Smith, LLP, 599 Lexington Avenue, New York, NY 10022 by first class mail on June 2, 2004:

1. Notice of Withdrawal of Matthew E. Mitchell;
2. Notice of Appearance of Francis M. Lynch;
3. Plaintiff's Proposed Local Rule 16.1 Joint Statement for Scheduling Conference;
4. Plaintiff's Local Rule 16.1(D)(3) Certification; and
5. Defendant's Local Rule 16.1(D)(3) Certification.

Francis M. Lynch, BBO #308750
Attorney for Plaintiff, Republic Restaurant, Inc.,
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110
(617) 951-1400

June 2, 2004