UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


REPUBLIC RESTAURANT, INC
                    Plaintiff                     CIVIL ACTION
                                                  NO. 03-12649-MLW
          V.

HAYDEN WASHINGTON STREET, INC.
                    Defendants



CANCELLATION/RESCHEDULING NOTICE


WOLF, D.J.



     PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for
**JUNE 24 2004 at 4:00 p.m.** has been CANCELLED.



                                   TONY ANASTAS, CLERK



June 22, 2004                 By:  /s/ Dennis O'Leary
Date                               Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                    [ntchrgcnf.]