UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10  A 11: 19

Civil Action No. 03-12649MLW

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| REPUBLIC RESTAURANT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HYDAN WASHINGTON STREET, INC., d/b/a | ) |
| PHO REPUBLIQUE and JACK H. BARDY | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ADMISSION OF
## JEFFREY M. TAMARIN, ESQ.

Pursuant to Local Rule 83.5.3, Francis M. Lynch, Esquire, a member of the bar of this

Court, respectfully moves that Jeffrey M. Tamarin , Esquire from the law firm of Reed Smith,

LLP, 599 Lexington Avenue, New York, New York, 10022, be admitted pro hac vice to

represent the Plaintiff, Republic Restaurant, Inc., in all proceedings in the above-captioned

matter.

As more fully set forth in the accompanying affidavit, Mr. Tamarin is a member in good

standing in the following courts: all Courts for the State of New York and the United States

District Court for the Southern District of New York.

The ground for admission of Mr. Tamarin pro hac vice is that Mr. Tamarin was retained

to represent the above-named Plaintiff in this action due to the unique knowledge and expertise

he and his firm possess with respect to the subject matter of this action.  Mr. Tamarin's Affidavit

of Good Standing accompanies this motion. The undersigned has filed an appearance in this action.

REPUBLIC RESTAURANT, INC.

By its attorney,

Francis M. Lynch
BBO #308750
Keegan, Werlin & Pabian, LLP
21 Custom House Street
Boston, MA 02110
(617) 951-1400

Dated: June 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been served upon the attorney of record of each party, by depositing the same, postage pre-paid, in first-class mail, on June 8, 2004 addressed to:

Merton Thompson
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3697

Francis M. Lynch