UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03 CV 12649 MLW

| | |
|---|---|
| REPUBLIC RESTAURANT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -against- | ) |
| | ) |
| HYDAN WASHINGTON STREET, INC., d/b/a | ) |
| PHO REPUBLIQUE and JACK H. BARDY, | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 7.3 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the undersigned counsel for plaintiff Republic Restaurant, Inc., certifies that plaintiff does not have a parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Francis M. Lynch, BBO #308750
Attorneys for Plaintiff, Republic Restaurant, Inc.
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110
(617) 951-1400

Of Counsel:
  Jeffrey M. Tamarin (not admitted *pro hac vice*)
  John B. Webb (not admitted *pro hac vice*)
  Reed Smith LLP
  599 Lexington Avenue
  New York, NY 10022
  (212) 521-5400

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document has been served upon the attorney of record of each party, by depositing the same, postage pre-paid, in first-class mail, on June 8, 2004 addressed to Merton Thompson, Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110.

Francis M. Lynch