UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

### N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters <u>NMG</u> to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number <u>and</u> letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:   /s/   Dennis O'Leary
      Deputy Clerk

Date:   June 25, 2004

Copies to:   Counsel

```
06/25/04      U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM      Page   1

              Boston Civil Cases to be Reassigned to Judge Gorton
    _____

       DOCKET      DATE FILED      CASE TITLE
    _____


    Judge :  Wolf

    1:02cv10033   01/10/2002   Ebix. Com., Inc. v. McCracken, et al

    1:02cv12436   12/19/2002   Napier v. FV Deesie, Inc.

    1:02cv12473   12/27/2002   Sylvia's Haven v. Massachusetts Develo, et al

    1:03cv10944   05/07/2003   LeDoux v. Department of Corrections et al

    1:03cv11575   08/20/2003   Duguay v. Spencer

    1:03cv11614   08/28/2003   Diligent Technologies v. NDNE 9/90 200 Crossi

    1:03cv11828   09/19/2003   United States of America  ex rel et al v. Pat

    1:03cv12649   12/31/2003   Republic Restaurant, Inc. v. Hydan Washington

    1:03cv40196   09/03/2003   Rich v.Winn, et al

    1:04cv10218   01/20/2004   Irvin v. Cabrawl et al

    1:04cv10486   03/10/2004   Jalbert Leasing, Inc. et al v. Massachusetts

    1:04cv10537   03/15/2004   Nurse v. Singer & Serger Center

    1:04cv10560   03/22/2004   Stoneridge Control Devices, Inc. v. Strattec

    1:04cv10723   04/09/2004   Langone v. Marlborough Crane Corp.

    1:04cv10900   05/06/2004   Kessel v. Wachovia Securities, Inc.

    1:04cv10926   05/14/2004   Didax, Incorporated v. ETA /Cuisenaire

    1:04cv11003   05/17/2004   LeBlanc v. Social Security Administration




    Total Cases for Judge
    ---------------------
                17
```