AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Republic Restaurant, Inc.

v.

Hydan Washington Street, Inc.
d/b/a Pho Republique and Jack H. Bardy

**APPEARANCE**

Case Number: 03-CV-12649-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Republic Restaurant, Inc.

I certify that I am admitted to practice in this court.

June 24, 2005
Date

Signature: *[signature]*

Print Name: Matthew P. Zayotti
Keegan Werlin, LLP
Bar Number: 638265

Address: 265 Franklin Street

City: Boston   State: MA   Zip Code: 02110

Phone Number: (617) 951-1400   Fax Number: (617) 951-1354