UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REPUBLIC RESTAURANT INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYDAN WASHINGTON STREET, )<br>INC., d/b/a PHO REPUBLIQUE and )<br>JACK BARDY )<br>Defendant. )<br>_____ ) | CIVIL ACTION<br>NO. 03-12649-NMG |

**DECLARATION OF MERTON E. THOMPSON IN SUPPORT OF OPPOSITION
TO MOTION TO DISMISS WITHOUT PREJUDICE AND CROSS-MOTION
FOR A DISMISSAL UPON CONDITIONS**

I, Merton Thompson, counsel for defendant HYDAN WASHINGTON STREET INC., d/b/a PHO REPUBLIQUE and JACK BARDY (collectively "Pho Republique") hereby declare, under the pains and penalties of perjury:

1)  Attached as Exhibit A is a true and correct copy of the United States Patent and Trademark Office web site print-out of plaintiff's trademark registration.

2)  Attached as Exhibit B is a true and correct copy of the United States District Court for the Northern District of Texas web site print-out of the docket for plaintiff's trademark litigation activity.

3)  The hourly rate for my legal service is $325.00 per hour.

3)  Attorneys fees associated with the Answer, correspondence and case scheduling to date amount to $3,500.

2

4)      Attorneys fees associated with opposition to plaintiff's motion to dismiss amount to $1,400.

                                                          /s/
                                                    Merton E. Thompson
                                                    (BBO# 637056)

                                                    BURNS & LEVINSON LLP
                                                    125 Summer Street
                                                    Boston, MA  02110
                                                    Telephone:  (617) 345-3000
Dated:  July 22 2005                                Facsimile:  (617) 345-3299

00944208

# EXHIBIT A

Case 1:03-cv-12649-NMG   Document 22   Filed 07/22/2005   Page 3 of 9



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Fri Jun 24 03:50:32 EDT 2005

[ PTO Home ] [ Trademark ] [ Tess Home ] [ New User ] [ Structured ] [ Free Form ] [ Browse Dict ] [ Bottom ] [ Help ] [ Prev List ]
[ Curr List ] [ Next List ] [ First Doc ] [ Prev Doc ] [ Next Doc ] [ Last Doc ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At:  OR [ Jump ] to record:  **Record 4 out of 4**

[ Check Status ] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | REPUBLIC |
| **Goods and Services** | IC 042. US 100 101. G & S: **restaurant** services. FIRST USE: 19951100. FIRST USE IN COMMERCE: 19951100 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 010103 |
| **Serial Number** | 74732568 |
| **Filing Date** | September 18, 1995 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 28, 1996 |
| **Registration Number** | 2067872 |
| **Registration Date** | June 3, 1997 |
| **Owner** | (REGISTRANT) Republic Restaurant Corp. CORPORATION NEW YORK 37A Union Square West New York NEW YORK 10003 |
| **Attorney of Record** | Leslie K. Mitchell |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT B

CLOSED, JURY, RAMIREZ

## U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:04-cv-01413

Republic Restaurant Inc v. Noodle-O-1 Inc
Assigned to: Judge Sam A Lindsay
Cause: 15:1114 Trademark Infringement

Date Filed: 06/29/2004
Jury Demand: Defendant
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Republic Restaurant Inc**  represented by  **Sanford E Warren, Jr**
Winstead Sechrest & Minick - Dallas
5400 Renaissance Tower
1201 Elm St
Dallas, TX 75270
214/745-5400
Fax: 214/745-5390 FAX
Email: swarren@winstead.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Odom**
Winstead Sechrest & Minick - Dallas
5400 Renaissance Tower
1201 Elm St
Dallas, TX 75270
214/745-5716

**Jeffrey M Tamarin**
Reed Smith - New York
599 Lexington Ave
New York, NY 10022
212/521-5400

V.

**Defendant**

**Noodle-O-1 Inc**
*doing business as*
Pho Republic Restaurant

represented by **Dan Duncan Davison**
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Ave
Suite 2800
Dallas, TX 75201-2784
214/855-8000
Fax: 214/855-8200 FAX
Email: ddavison@fulbright.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana C Jewell**
Fulbright & Jaworski - Dallas
2200 Ross Ave
Suite 2800
Dallas, TX 75201-2784
214/855-8154

**Provider**

**Herbert J Hammond**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2004 | 1 | Original COMPLAINT against Noodle-O-1 Inc ( Filing fee $150; Receipt number 208694), filed by Republic Restaurant Inc.(jrb, ) (Entered: 06/30/2004) |
| 06/29/2004 | | ***Magistrate Judge Ramirez chosen by random selection to handle matters that may be referred in this case. (jrb, ) (Entered: 06/30/2004) |
| 06/29/2004 | 2 | Summons Issued as to Noodle-O-1 Inc. (jrb, ) (Entered: 07/01/2004) |
| 06/29/2004 | 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Republic Restaurant Inc. (jrb, ) (Entered: 07/01/2004) |
| 07/14/2004 | 4 | SUMMONS Returned Executed as to Noodle-O-1 Inc served on 6/30/2004, answer due 7/20/2004. (jrb, ) (Entered: 07/15/2004) |
| 07/20/2004 | 5 | Original ANSWER to Complaint with Jury Demand by Noodle-O-1 Inc. (jrb, ) (Entered: 07/21/2004) |
| 07/20/2004 | 6 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Noodle-O-1 Inc. (jrb, ) (Entered: 07/21/2004) |
| 07/22/2004 | 7 | ORDER Requiring Attorney Conference and Status Report. Joint Status Report due by 8/23/2004. (Signed by Judge Sam A Lindsay on 7/22/04) (jrb, ) (Entered: 07/23/2004) |
| 07/29/2004 | 8 | Application and Order for Admission Pro Hac Vice by Jeffrey M Tamarin for Republic Restaurant Inc. (Mailed copy of order to attorney Jeffrey M Tamarin on 7/30/04.) (Signed by Judge Sam A Lindsay on 7/29/04) (cxb, ) (Entered: 07/30/2004) |
| 08/20/2004 | 9 | Joint STATUS REPORT by Noodle-O-1 Inc, Republic Restaurant Inc. (jrb, ) (Entered: 08/23/2004) |
| 08/25/2004 | 10 | SCHEDULING ORDER: Amended Pleadings due by 1/3/2005. Discovery due by 6/3/2005.This case is set for trial on this court's four-week docket beginning 10/3/2005 before Judge Sam A Lindsay. Pretrial Conference set for 9/30/2005 02:00 PM before Judge Sam A Lindsay. Joinder of Parties due by 1/3/2005. Motions due by 7/5/2005. Proposed |

| | | |
|---|---|---|
| | | Pretrial Order due by 9/12/2005. Pretrial Materials due by 9/12/2005. See order for specifics. (Signed by Judge Sam A Lindsay on 8/25/04) (jrb, ) (Entered: 08/26/2004) |
| 08/25/2004 | 11 | ORDER REFERRING CASE to ADR. Type of ADR: mediation. The parties are therefore directed to participate in mediation by 11/5/04. (Signed by Judge Sam A Lindsay on 8/25/04) (jrb, ) (Entered: 08/26/2004) |
| 11/05/2004 | 12 | Joint MOTION for Extension of Time to Mediate by Noodle-O-1 Inc, Republic Restaurant Inc (jrb, ) (Entered: 11/08/2004) |
| 11/09/2004 | 13 | ORDER granting 12 Motion to Extend Time. Deadline to participate in mediation is extended to 12/2/04. (Signed by Judge Sam A Lindsay on 11/9/04) (jrb, ) (Entered: 11/10/2004) |
| 11/24/2004 | 14 | Joint Status Report and Joint MOTION to Further Extend Mediation Deadline by Noodle-O-1 Inc, Republic Restaurant Inc (jrb, ) (Entered: 11/29/2004) |
| 11/24/2004 | | Joint STATUS REPORT by Noodle-O-1 Inc, Republic Restaurant Inc. (see #14 for image) (jrb, ) (Entered: 11/29/2004) |
| 11/29/2004 | 15 | ORDER granting 14 Motion to Extend Time. The deadline to participate in mediation is extended to 1/5/05. (Signed by Judge Sam A Lindsay on 11/29/04) (jrb, ) (Entered: 11/30/2004) |
| 01/04/2005 | 16 | ***UNFILED PER ORDER OF 1/5/05*** Joint MOTION to Further Extend Mediation Deadline by Republic Restaurant Inc, Noodle-O-1 Inc (jrb, ) (Entered: 01/05/2005) |
| 01/05/2005 | 17 | Order Unfiling 16 MOTION to Extend Time filed by Republic Restaurant Inc,, Noodle-O-1 Inc, due to the following deficiency: no original filed. (Signed by Judge Sam A Lindsay on 1/5/05) (jrb, ) (Entered: 01/10/2005) |
| 01/11/2005 | 18 | Joint MOTION to Further Extend Mediation Deadline by Republic Restaurant Inc, Noodle-O-1 Inc (jrb, ) (Entered: 01/12/2005) |
| 01/12/2005 | 19 | ORDER granting 18 Motion to Extend Time. The deadline to participate in mediation is extended to 2/4/05. (Signed by Judge Sam A Lindsay on 1/12/05) (jrb, ) (Entered: 01/13/2005) |
| 02/02/2005 | 20 | Joint MOTION to Further Extend Mediation Deadline by Republic Restaurant Inc, Noodle-O-1 Inc (jrb, ) (Entered: 02/03/2005) |
| 02/10/2005 | 21 | ORDER granting 20 Motion to Extend Time. Ordered that the plaintiff's and dft's deadline to participate in mediation is extended to April 1, 2005. (Signed by Judge Sam A Lindsay on 2/10/05) (jrb, ) (Entered: 02/11/2005) |
| 04/08/2005 | 22 | Mediator's Report to the Court Concerning Mediation/Alternative Dispute Resolution Summary filed by Herbert J Hammond. Prv Fee: $3200.00. Disposition: In ADR.(jrb, ) (Entered: 04/11/2005) |

| | | |
|---|---|---|
| 04/12/2005 | 23 | Order Directing Administrative Closure. The parties are therefore directed to file the necessary dismissal papers by 5/13/05. (Signed by Judge Sam A Lindsay on 4/12/05) (jrb, ) (Entered: 04/12/2005) |
| 05/13/2005 | 24 | Stipulated Order of Dismissal Without Prejudice. The parties shall bear their own attorney's fees and costs. (Signed by Judge Sam A Lindsay on 5/13/05) (jrb, ) (Entered: 05/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/24/2005 12:31:58 | | | |
| PACER Login: | bl0019 | Client Code: | 26301.0 |
| Description: | Docket Report | Search Criteria: | 3:04-cv-01413 |
| Billable Pages: | 2 | Cost: | 0.16 |