UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
REPUBLIC RESTAURANT, INC.,              :

              Plaintiff,                :

    vs.                                 :
                                            Case No. 03-CV-12649-NMG
HAYDAN WASHINGTON STREET, INC.,         :
d/b/a PHO REPUBLIQUE and JACK H.
BARDY,                                  :

              Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## JOINT MOTION TO STAY DISCOVERY PENDING DISPOSITION OF CROSS MOTIONS TO DISMISS

The parties in the above-captioned hereby jointly move to stay discovery pending disposition of the parties' cross-motions to dismiss. In support of this motion, the parties state as follows:

1. On June 28, 2005, the Court issued a Scheduling Order, setting deadlines for conducting pretrial discovery and filing motions.

2. The Court's Scheduling Order provides, among other things, that all written discovery requests are due to be served by August 31, 2005, and responses are to be served by September 30, 2005.

3. On July 8, 2005, the Plaintiff Republic Restaurant, Inc. filed a Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Dismiss Without Prejudice the above-captioned action.

4.    On July 22, 2005, the Defendants Hydan Washington Street, Inc. and Jack H. Bardy filed their Opposition to Plaintiff's Motion Pursuant to Fed. R. Civ. P. 41(a)(2) to Dismiss Without Prejudice, and Cross Motion for Dismissal Upon Conditions.

5.    It is anticipated that the disposition of the parties' cross-motions to dismiss will obviate the need for the parties to incur the expense of conducting discovery.

WHEREFORE, the parties respectfully request that this Honorable Court enter an order staying discovery and, to the extent necessary, all other scheduling deadlines, pending disposition of the parties' cross-motions to dismiss.

| | |
|---|---|
| PLAINTIFF REPUBLIC RESTAURANT, INC. | DEFENDANTS HYDAN WASHINGTON STREET, INC. D/B/A PHO REPUBLIQUE AND JACK H. BARDY, |
| By its attorneys, | By their attorney, |

_____
Francis M. Lynch, BBO #308570
Matthew P. Zayotti, BBO #638265
Keegan Werlin LLP
265 Franklin Street
Boston, MA 02110-3113
(617) 951-1400

Jeffrey M. Tamarin, admitted *pro hac vice*
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(212) 521-5400

Dated: August 29, 2005

_____ by mpz
Merton E. Thompson, BBO #637056
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

2