UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Republic Restaurant, Inc.,
        Plaintiff

V.

Hydan Washington Street, Inc., et al.,
        Defendant

CIVIL ACTION

NO.  03-12649-NMG

ORDER OF DISMISSAL
10/31/05

Gorton, D. J.

In accordance with the Court's allowance of defendants' cross motion to dismiss [docket no. 23], it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

Approved,

/s/ Nathaniel M. Goroton,
United States District Judge

By the Court,

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismendo.ord - 09/92)                                                                                                             [odism.]